UNITED STATES TITLE GUARANTY COMPANY, Respondent, *v.* JOHN MICHEL, Appellant.

*Landlord and tenant — action for rent — guaranty.*

*U. S. Title Guaranty Co.* v. *Michel*, 186 App. Div. 968, affirmed.

(Argued April 23, 1920; decided May 7, 1920.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 6, 1919, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term, a jury having been waived. The complaint

sets forth two causes of action: The first for rent and water rates due while defendant was in possession of the premises as a purchaser of an unexpired term of a lease, and the second for the rent and water rates due during the same period upon a written guaranty executed by the defendant for the original lessee's performance of the terms of the lease.

*Otho S. Bowling* and *Robert H. Elder* for appellant.

*Benjamin Reass, Hugo Hirsh* and *Emanuel Newman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CARDOZO, POUND, CRANE and ANDREWS, JJ.